UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jose Mejia, *individually, and On Behalf of All Others Similarly Situated*,<br><br>      **Plaintiff,**<br><br>-against-<br><br>**NOVEX BIOTECH, L.L.C.,**<br><br>      **Defendant.** | **22-CV-3668 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

  The Clerk of Courts is respectfully requested to terminate all pending motions and close the case.

**SO ORDERED.**

Dated: February 17, 2023
    New York, New York

                        **ANDREW L. CARTER, JR.**
                        **United States District Judge**